# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 17-06876 AB (JPRx) | Date: | June 7, 2018 |

| | |
|---|---|
| Title: | *Ron Rocha v. Caliber Collision Transport Services LLC et al.* |

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|
| Carla Badirian | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER **REMANDING** CASE TO STATE COURT

In light of Defendants' Response to the Court's Order to Show Cause (Dkt. No. 51), the Court hereby **REMANDS** this case to the state court from which it was removed.

**IT IS SO ORDERED.**